IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ISAAC WILLIAMS,**

    *Petitioner*,

v.                                            **Case No.: 4:22cv3-MW/ZCB**

**RICKY D. DIXON,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. This Court granted Petitioner's motion for extension of time to file objections to March 12, 2025, but no objections have been filed as of the date of this Order. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**." A certificate of appealability is

**DENIED**. The Clerk shall close the file.

      **SO ORDERED on March 21, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
